DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANNA ALEXANDER,**
Appellant,

v.

**JEFF McWEY** and **GBS WARRANTY, LLC,**
Appellees.

No. 4D22-2033

[April 27, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman and William Haury, Jr., Judges; L.T. Case No. CACE 19-14676(02).

Shanna Alexander, Deerfield Beach, pro se.

Ilanit S. Fischler and Jennifer B. Carroll of Fisher & Phillips LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***